**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     *Donald E. Spencer v. GC Services Limited Partnership and Ross,
Banks, May, Cron & Cavin, P.C.*

Appellate case number:    01-12-00159-CV

Trial court case number:  2010-83448

Trial court:              270th District Court of Harris County, Texas

Date motion filed:        July 1, 2013

Party filing motion:      Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                   ☐ Acting Individually ☒  Acting for the Court

The en banc Court consists of:  Chief Justice Radack and Justices Jennings, Keyes, Higley,
Bland, Sharp, Massengale, Brown, and Huddle.


Date:  September 24, 2013